UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$53,300.00 IN U.S. CURRENCY,<br><br>Defendant.<br><br>OCZAVIA PITTMAN,<br><br>Claimant. | No. CV 18-05874-JFW (MAAx)<br><br>CONSENT JUDGMENT OF FORFEITURE |

Plaintiff and Claimant Oczavia Pittman ("Pittman") have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety.

The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. The government has given and published notice of this action as required by law, including Supplemental Rule G for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. All potential claimants to the defendant $53,300.00 in U.S. Currency ("defendant

currency") other than Pittman are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $49,500.00 of the defendant currency and all interest earned on the entirety of the defendant currency since seizure, and no other person or entity shall have any right, title or interest therein. The United States is ordered to dispose of said funds in accordance with law.

4. $3,800.00 of the defendant currency, without interest, shall be returned to Pittman through his counsel. The United States Marshals Service shall release said funds by wire transfer to Pittman's counsel, who shall provide the information necessary to make the wire transfer (including bank account and routing information) forthwith. Pittman and his attorney shall provide any and all information, including personal identifiers, needed to process the return of these funds according to federal law. The United States Marshals Service shall make the transfer within 60 days of the entry of this judgment or its receipt of the necessary information, whichever is later.

5. The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

6. Each of the parties shall bear its own fees and costs in connection with the seizure, retention and return of the defendant currency.

Dated: October 11, 2018

_____
THE HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
_____
KATHARINE SCHONBACHLER
Assistant United States Attorney

2